UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD SHAPIRO, Individually and On Behalf Of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, AND JOSEPH FRATTAROLI<br>    Defendants. | CIVIL ACTION NO.<br>04-10720 (NG) |
| KIM BENEDETTO and JOSEPH BENEDETTO, Individually and On Behalf All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, AND JOSEPH FRATTAROLI,<br>    Defendants. | CIVIL ACTION NO.<br>04-10808 (NG) |
| DEAN DUMMER, Individually and On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br>    Defendants. | CIVIL ACTION NO.<br>04-10819 (NG) |

## JOINT MOTION AND [PROPOSED] ORDER
## TO EXTEND TIME TO RESPOND TO THE COMPLAINT

The parties hereto, by and through their counsel, hereby agree to extend the time within which defendants Vaso Active Pharmaceuticals, Inc, John J. Masiz, Joseph Frattaroli and Stephen G. Carter (collectively the "Defendants") must answer, move or otherwise respond to the complaints in these actions. Plaintiffs' counsel has represented that plaintiffs will file an amended complaint in these actions. Thus, the parties respectfully request that the following pleading and briefing schedule be ordered in these cases:

- The consolidated amended complaint shall be due thirty-five (35) days after the Court's selection of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (the "Reform Act").

- Defendants shall have thirty-five (35) days following the filing of the consolidated amended complaint to answer, move or otherwise respond to the complaint.

- If the Defendants move to dismiss the consolidated amended complaint, plaintiffs shall have thirty-five (35) days from their receipt of Defendants' motion to file their opposition thereto.

- Following the receipt of plaintiffs' opposition, Defendants shall have twenty (20) days to file a reply brief in support of their motion to dismiss.

Dated:  June 7, 2004

| | |
|---|---|
| RICHARD SHAPIRO,<br>Individually and On Behalf of Himself<br>and All Others Similarly Situated, | VASO ACTIVE PHARMACEUTICALS, INC.,<br>JOHN J. MASIZ, and JOSEPH FRATTAROLI, |
| KIM BENEDETTO and JOSEPH BENEDETTO,<br>Individually and On Behalf All Others Similarly Situated, | By their attorneys, |
| DEAN DUMMER,<br>Individually and On Behalf of All<br>Others Similarly Situated | **/s/ Colleen Dunham Henschke**<br>Jeffrey B. Rudman (BBO #433380)<br>Michael G. Bongiorno (BBO #558748)<br>Colleen Dunham Henschke (BBO #645009)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street,<br>Boston, Massachusetts 02109<br>(617) 526-6000 |
| By their attorneys, | |
| **/s/ Theodore M. Hess-Mahan**<br>Thomas G. Shapiro (BBO#454680)<br>Theodore M. Hess-Mahan (BBO#557109)<br>SHAPIRO HABER & URMY LLP<br>53 State Street, 37th Floor<br>Boston, MA 02109<br>(617) 439-3939 | Richard S. Kraut<br>DILWORTH PAXSON LLP<br>1818 N Street, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 452-0900 |
| | STEPHEN G. CARTER |
| *Co-counsel for Plaintiff Richard Shapiro:*<br>Samuel H. Rudman<br>Russ Gunyan<br>Mario Alba, Jr.<br>CAULEY GELLER BOWMAN<br>& RUDMAN, LLP<br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747<br>(631) 367-7100 | By his attorney,<br><br>**/s/ Kay B. Lee**<br>John A. Stenn (BBO #629577)<br>Kay B. Lee (BBO #647224)<br>GREENBERG TRAURIG, LLP<br>One International Place<br>Boston, MA  02110<br>(617) 310-6083 |
| Marc A. Topaz<br>SCHIFFRIN & BARROWAY, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwood, PA 19004<br>(610) 667-7706 | |

*Co-counsel for Plaintiffs Kim Benedetto and Joseph Benedetto:*
Steven J. Toll
Daniel S. Sommers
Christopher F. Branch
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
(202) 408-4600

*Co-counsel for Plaintiff Dean Dummer:*
Gregory M. Nespole
Christopher S. Hinton
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ, LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600


IT IS SO ORDERED:


_____
United States District Judge

Dated: _____


### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 7th day of June, 2004 either electronically or by overnight mail on:

| | |
|---|---|
| Thomas G. Shapiro | Kay B. Lee |
| SHAPIRO HABER & URMY LLP | GREENBERG TRAURIG, LLP |
| 53 State Street, 37th Floor | One International Place |
| Boston, MA 02109 | Boston, MA 02110 |
| (617) 439-3939 | (617) 310-6083 |

                                                **/s/ Colleen Dunham Henschke**

BOSTON 1905291v1